**The Honorable Marsha J. Pechman**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SHEILA CHANG, )<br>  )<br>   Plaintiff, )<br>  )<br>v. )<br>  )<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>  )<br>   Defendant. ) | No. C06-01451-MJP<br><br>ORDER |

The Court hereby awards Plaintiff's counsel, Robert A. Friedman, $3,949.13 in attorney fees, $33.00 in expenses, and $372.00 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), for a total award of $4354.13.

Dated:    November 27, 2007

Marsha J. Pechman
U.S. District Judge

Order - 1
[No. C06-1451-MJP]