UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHEILA CHANG,

    Plaintiff(s),

v.

MICHAEL J. ASTRUE,

    Defendant(s).

NO. C06-1451MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Having received and reviewed the Stipulated Motion to Stay Proceedings or Renote the Motion Calendar (Dkt. No. 25), the Court makes the following ruling:

The parties' request to re-note the pending Motion for Attorney's Fees (Dkt. No. 21) is hereby GRANTED; the motion is re-noted to **October 3, 2008.**

Filed this 18th day of September, 2008.

                BRUCE RIFKIN, Clerk

                By    /s Mary Duett
                        Deputy Clerk

MINUTE ORDER